FILED
2011 MAY -6 AM 10:33
M L ...ER CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
____DEP CLK
BY

The Honorable Paul B Snyder
Chapter 7
OBJECTION Date 05/6/2011

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

In re:                                 Case No: 10-50138-PBS

Roe, Jan Elizabeth                Chapter 7

    Debtor                           OBJECTION AND ORDER TO CLOSING
                                         OF BANKRUPTCY CASE

The matter comes before the Honorable Court on the OBJECTION AND ORDER TO CLOSING OF BANKRUPTCY CASE pursuant to Fed. R. Civ. Pro. 5009 & 5010 Pending Hearing scheduled for June 9th 2011 on Motion for Relief of Stay and Determination if Lien against property located at 120 Trevor Lane Chehalis, WA is VALID.

Hereby scheduled hearing set for:

Judge: Paul B Snyder                      Time: 9:00am
Place: US Courthouse, Courtroom H  Date    06/9/2011
1717 Pacific Avenue, Tacoma ,WA

Objection and Order To Closing Of Bankruptcy Case            Jan Elizabeth Roe
JR 10-50138-PBS                                            120 Trevor Lane
                                                                             Chehalis, WA 98532

Date _____          _____
                                      The Honorable Paul B Snyder
                                      United States Bankruptcy Court Judge


Submitted by: Jan Elizabeth Roe


/s/ Jan Elizabeth Roe  DATE: 5-6-11

Jan Elizabeth Roe
Pro Se Debtor


Objection and Order To Closing Of Bankruptcy Case          Jan Elizabeth Roe
JR 10-50138-PBS                                            120 Trevor Lane
                                                           Chehalis, WA 98532