The Honorable Paul B Snyder
Chapter 7
Hearing Date: 05/05/2011
Hearing Time: 9:00am
Location: US Courthouse, Courtroom H
1717 Pacific Avenue, Tacoma ,WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| In re: | Case No. 10-50138-PBS |
| Jan Elizabeth Roe, | Chapter 7 |
| Debtor. | ORDER TERMINATING THE AUTOMATIC STAY |

This matter came before the Court on the Motion for Relief from Automatic Stay filed by Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W3, it assignees and/or successors, and the servicing agent American Home Mortgage Servicing, Inc. Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at 120 Trevor Lane, Chehalis, WA 98532 (the "Property").

2. The automatic stay is terminated as to Secured Creditor, its successors and/or assigns and loan servicing agents. This Order does not determine what, if any, rights the Secured Creditor may have in the Property or the validity of any claimed security interests.

Order Terminating the Automatic Stay - 1
MH# WA-10-41268

**McCarthy & Holthus, LLP**
19735 10th Ave NE, Suite N200
Poulsbo, WA 98370
Phone (206) 319-9100

3. All of Judge Snyder's oral comments are incorporated via FRCP 52 into this order.

4. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: _____

*Paul B. Snyder*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Submitted by:

McCarthy & Holthus, LLP

/s/ Edgar I. Hall
_____
Edgar I. Hall, Esq. WSBA 40174
Attorneys for Secured Creditor

Order Terminating the Automatic Stay - 2
MH# WA-10-41268

**McCarthy & Holthus, LLP**
19735 10th Ave NE, Suite N200
Poulsbo, WA 98370
Phone (206) 319-9100